# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THEODORE J. THOMPSON, | Case No.: 2:07-cv-01378-RLH-PAL |
| Plaintiff, | **O R D E R** |
| vs. | (Order and Report of Findings and Recommendations) |
| UNIVERSITY MEDICAL CENTER, *et al.*, | |
| Defendants. | |

      Before this Court is the Report and Recommendation of the United States Magistrate Judge (#132), entered by the Honorable Peggy A. Leen regarding Plaintiff Theodore J. Thompson's Motion (#117), filed October 13, 2010. An objection (#133) was filed to Magistrate Judge Leen's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leen should be accepted and adopted.

/

AO 72
(Rev. 8/82)

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
2   Recommendation entered January 11, 2011 (#132) is ACCEPTED and ADOPTED, Thompson's
3   Motion (#117) is DENIED, and the case is dismissed.
4   IT IS FURTHER ORDERED that all pending motions are dismissed as moot. The
5   Clerk of the Court is directed to close this case.
6   Dated: January 31, 2011.

_____
ROGER L. HUNT
Chief United States District Judge